Form cscnodsc – ntccsclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–16530–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Evangelina Carandang
103 Milltown Road
East Brunswick, NJ 08816

Social Security No.:
xxx–xx–9000

Employer's Tax I.D. No.:

### NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–named case has been closed without entry of discharge for the reason(s) indicated below.

☑  Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐  Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑  Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐  Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐  Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐  Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐  Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4–year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐  Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐  An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: February 27, 2018
JAN: pbf

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-16530-CMG
Evangelina Carandang                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 2          Date Rcvd: Feb 27, 2018
                             Form ID: cscnodsc      Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2018.
db          +Evangelina Carandang,   103 Milltown Road,   East Brunswick, NJ 08816-3058
516743003   +1st 2nd Mortgage Co NJ,   50 Spring St.,   Cresskill, NJ 07626-2106
516743006   +ADVANCED ORTHOPEDICS AND SPORTS MI,   301 PROFESSIONAL VIEW DRIVE,   FREEHOLD, NJ 07728-7904
516743007   +CENTER FOR THERAP,   15 W. PROSPECT ST,SUITE 2,   E. Brunswick, NJ 08816-2161
516743009   +Citibank SD NA,   POB 6283,   Sioux Falls, SD 57117-6283
516743008   +Citibank South Dakota NA,   POB 6283,   Sioux Falls, SD 57117-6283
516743010   +Collection Bureau Of A,   25954 Eden Landing Road,   Hayward, CA 94545-3837
516743011   +DR HYUNG GI KIM & HEI Y. KIM,   61 BRUNSWICK WOODS DRIVE,   EAST BRUNSWICK,NJ 08816-5601
516790802   +ETrade Bank,   c/o Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
516743012   +GARDEN STATE ANESTHESIA,   P.O. BOX 441,   ORADELL, NJ 07649-0441
516743013    GEMP/The Gap Card,   P.O. Box 530942,   Atlanta, GA  30353-0942
516743014    Jh Port Debt,   575 Phamton Dr., Ste. 225,   Hazelwood, MO  63042
516743015   +Lyons Doughty and Veldhuis (Target),   P.O. Box 1269,   Mt. Laurel, NJ 08054-7269
516743017    NJ Healthcare Specialist,   P.O. Box 449378 - Dept 10005,   Boston, MA  02241-9378
516743016    New York Community Bank,   P.O. Box 9018,   Central Islip, NY  11722-9018
516765444   +New York Community Bank,   102 Duffy Avenue,   Hicksville NY 11801-3630
516743018   +OBSTETRICAL & GYN GROUP PERTH AMBOY,   511 NEW BRUNSWICK AVE.,   PERTH AMBOY, NJ 08861-3682
516743019    PSE&G,   P.O. Box 14444,   New Brunswick, NJ  08906-4444
516743020    Quest Diagnostics,   POB 7308,   Hollister, MO  65673-7308
516743021    RARITAN BAY MEDICAL,   POB 11665,   NEWARK, NJ  07101-4665
516743022    RBMC PHYSICIANS,   P.O. BOX 48270,   NEWARK, NJ  07101-8470
516743023    REVENUE RECOVERY CORPORATION/BAYVIEW,   POB 2698,   KNOXVILLE, TN  37901-2698
516743004   +Specialized Loan Svc.,   8742 Lucent Blvd., Ste. 300,   Highlands Ranch, CO 80129-2386
516743005   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Motor Credit,   4 Gatehall Dr Ste 350,   Parsippany NJ 07054)
516785827   +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
516743024    UNIVERSITY RADIOLOGY GROUP,   POB 1075,   EAST BRUNSWICK, NJ  08816-1075
516743025   +Wakefield & Associates,   7005 Middlebrook Pike,   Knoxville, TN 37909-1156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2018 23:41:35     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2018 23:41:31     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516742593   +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2018 03:28:59     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                      TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2018 at the address(es) listed below:
          Albert Russo   docs@russotrustee.com
          Brian C. Nicholas   on behalf of Creditor   Toyota Motor Credit Corporation
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

District/off: 0312-3              User: admin              Page 2 of 2              Date Rcvd: Feb 27, 2018
                                 Form ID: cscnodsc        Total Noticed: 30


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Denise E. Carlon    on behalf of Creditor    E Trade Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Scott R. Miller    on behalf of Debtor Evangelina  Carandang srmbk@optonline.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 5