**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on March 6, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Evangelina Carandang

| | |
|---|---|
| Case No.: | 17-16530-CMG |
| Hearing Date: | 3/6/19 |
| Judge: | Gravelle |
| Chapter: | 13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 6, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____debtor_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☑ A Trustee shall not be appointed.

3. ☐ The case shall be immediately reclosed.

   ☐ The case shall be closed within _____ days.

   ☑ The case shall be reviewed within __14__ days for closing eligibility. Debtors Certification of Completion of Post-Petition Instructional Course Concerning Personal Financial Management - Official Form 423  and Certification in Support of Discharge by the Debtor to be filed with in 10 days from entry of this order.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev. 6/1/06. jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Evangelina Carandang  
      Debtor

Case No. 17-16530-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Mar 07, 2019  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2019.  
db            +Evangelina Carandang,   103 Milltown Road,   East Brunswick, NJ 08816-3058

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2019 at the address(es) listed below:  
            Albert Russo    docs@russotrustee.com  
            Brian C. Nicholas    on behalf of Creditor    Toyota Motor Credit Corporation  
             bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Denise E. Carlon    on behalf of Creditor    E Trade Bank dcarlon@kmllawgroup.com,  
             bkgroup@kmllawgroup.com  
            Scott R. Miller    on behalf of Debtor Evangelina  Carandang srmbk@optonline.net  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                       TOTAL: 5